1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  RYAN ARASH REZAEI (CABN 285133)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Ryan.Rezaei@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,           ) NO. 19-CR-655-HSG-8
                                        )
14 |         Plaintiff,                  ) NOTICE OF DISMISSAL
                                        )
15 |     v.                              )
                                        )
16 | ANGEL RINCON-MENETA,                )
                                        )
17 |         Defendant.                  )
                                        )
18

19       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20 States Attorney for the Northern District of California dismisses the above indictment against ANGEL

21 RINCON-MENETA and moves that the Court quash the arrest warrant issued in connection with the

22 indictment in this case against ANGEL RINCON-MENETA.

23

24 DATED: November 2, 2023                         Respectfully submitted,

25                                                 ISMAIL J. RAMSEY
                                                   United States Attorney
26

27                                                 *Thomas A. Colthurst*
                                                   THOMAS A. COLTHURST
28                                                 Chief, Criminal Division

NOTICE OF DISMISSAL
No. 19-CR-655-HSG-8                                                                      v. 8/4/2021

Leave is granted to the government to dismiss the indictment against ANGEL RINCON-MENETA. It is further ordered that the arrest warrant issued in connection with the indictment in this case is quashed.

Date: November 22, 2023

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

NOTICE OF DISMISSAL
No. 19-CR-655-HSG-8                                                                                              v. 8/4/2021